JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOLINA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION dba COSTCO WHOLESALE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:17-cv-00802-JFW (PLA)<br><br>**JOINT JUDGMENT IN FAVOR OF DEFENDANT COSTCO WHOLESALE CORPORATION**<br><br>Judge: Hon. John F. Walter<br>Crtrm: 7A<br>United States Courthouse<br>350 W. 1st Street<br>Los Angeles, CA 90012 |

1     By Order dated December 13, 2017 (Docket No. 39), this Court granted summary judgment against plaintiff David Molina and in favor of defendant Costco Wholesale Corporation. Pursuant to said Order, the Court hereby:

    ORDERS, ADJUDGES AND DECREES that plaintiff David Molina shall take nothing by way of his complaint, and judgment shall be entered in favor of defendant Costco Wholesale Corporation and against plaintiff David Molina.

DATED: December 20, 2017

*[signature: John F. Walter]*

HON. JOHN F. WALTER
United States District Judge